## United States Bankruptcy Court
### Southern District of Florida

In re  **Cesar A Sayoc**                                                                           Case No.
                                    Debtor(s)                                                      Chapter     **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **1,300.00** |
   | Prior to the filing of this statement I have received | $ **1,300.00** |
   | Balance Due | $ **0.00** |

2. $ **306.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor          ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor          ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **By agreement with the debtor(s) under a written Retainer Agreement, the undersigned has agreed to provide additional services to the debtor(s), if reasonable and necessary, on the fee schedule indicated in their agreement. The following is a schedule of the additional services provided therein:    \*\*Chapter 7\*\*:  Suggestion of Bankruptcy ($100);  Amendment to schedule(s) and/or petition ($200); Avoidance of liens from any property ($500-$1,000); Change of address ($100); Credit Report ($75); 707 Investigation or defense of 707 Motion to Dismiss ($500-$2,500 depending on complexity); Response to 707 request for documents ($300); Depositions ($500-$850) (for one debtor in Broward Count); Motion approving sale for real property ($500-$750); Motion to redeem collateral ($500-750); Negotiation of any settlement agreement or stipulation with Trustee or Creditor for over-exempt property or abuse issue ($500-$750); New Signing Appointment ($200); Attendance at re-set Meeting of Creditors for Client's failure to attend initial meeting ($250); Reaffirmation Agreements ($100); Reinstatement of a debtor's case ($500); Conversion from a Chapter 13 to a Chapter 7 case ($850-$2000 depending on complexity of case); Reopening bankruptcy case after a discharge ($750); Uncontested Adversary Proceeding to discharge certain taxes ($2500 plus costs);    \*\*\* Chapter 13\*\*\* :  Modification of Plan [including but not limited to amend for Mortgage payment or escrow  amount change] ($500);   Motion to purchase, sell or refinance real property($500); Motion to rehear, vacate dismissal, shorten prejudice period, or reinstate case after dismissal ($500); Motion to Avoid Lien ($500); Defense of post confirmation motion for relief from stay or motion to dismiss case ($500); Motion to incur additional debt ($500). \*\*\* Client(s) further agree(s) to pay Law Firm additional fees through the Plan without their prior approval and agree(s) to pay on an hourly basis at the customary rates charged by attorneys ($200-$300)  for the following services, for which the minimum fee is estimated at no less than the following: Amendment to schedule(s) and or petition post confirmation ($275);  Avoidance of liens from any property ($850-$1000); Change of address ($100); Recordable Order for mortgage "stripped-off" ($500-$1000)**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **a. Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, contested bankruptcy matters or any other adversary proceeding.
   b. Depositions of the debtor(s) or third parties;
   c. Real Estate, accounting or tax services.**

In re  **Cesar A Sayoc**                                              Case No.
                           Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Respectfully submitted,

**June 14, 2012**                                              **/s/ Christian J Olson**
Dated                                                          Attorney for Debtor(s):
                                                               **Christian J Olson 121436**
                                                               **Law Offices of Christian J Olson, PA**
                                                               **4901 NW 17th Way #503**
                                                               **Fort Lauderdale, FL 33309**
                                                               **954-492-1013  Fax: 954-492-1018**