# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re: **Cesar A Sayoc**                             Case No.:
                                                     Chapter: 7
Debtor
_____/

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

__X__  Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. Debtor is on a leave of absence since 4/9/12 )

_____  Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____  Copies of all payment advices **are not** attached because the debtor:
    ___receives disability payments
    ___is unemployed and does not receive unemployment compensation
    ___receives Social Security payments
    ___receives a pension
    ___does not work outside the home
    ___is self employed and does not receive payment advices

_____  None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain:_____

**Joint Debtor (if applicable):**

_____  Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
_____ )

_____  Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____ Copies of payment advices **are not** attached because the joint debtor:
    \_\_\_\_receives disability payments
    \_\_\_\_is unemployed and does not receive unemployment compensation
    \_\_\_\_receives Social Security payments
    \_\_\_\_receives a pension
    \_\_\_\_does not work outside the home
    \_\_\_\_is self employed and does not receive payment advices

_____ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.*

_____ Date: 06/14/2012
Signature of Attorney or Debtor

_____ Date:_____
Signature of Attorney or Joint Debtor

| Company Name | Hassanco Investments Inc | | | | | | | | | Processed By www.restau... .om | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Cesar Sayol | | | | | | | | | State for UCI | | | |
| Company No. | 876 | Payroll No. | 43 | Pay Frequency | Bi-Weekly | | | Tax Status | | Deps | Xtr/Fxd Flat | Xtr/Fxd % | |
| Employee No. | 5 | Division No. | 0 | Start Date | 03/26/2012 | Federal | | Single | | 0 | | | |
| SSN No. | *******3324 | Home Dept. No. | 1 | End Date | 04/08/2012 | (W) FL | | N/A | | | | | |
| Check No. | 005084 | Net Pay | $425.88 | Check Date | 04/09/2012 | (R) | | | | | | | |
| Sick Hours | 0.00 | Vacation Hours | 0.00 | Personal Hours | 0.00 | Bals: | | | | | | | |
| Memos | | | | | | | | | | | | | |

| | Current Earnings | | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
| 1 | 0-Regular Pay | 0.0000 | 0.00 | 500.00 | 0-Regular Pay | | 4,000.00 | Federal WH | 45.87 | 366.96 | | | |
| | | | | | | | | OASDI | 21.00 | 168.00 | | | |
| | | | | | | | | Medicare | 7.25 | 58.00 | | | |
| | Employee Totals | | 0.00 | 500.00 | Total YTD: | | 4,000.00 | | 74.12 | | | | |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---