CGFD28 (9/19/08)



**ORDERED in the Southern District of Florida on September 24, 2012**

**Robert A Mark**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 12–24912–RAM**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Cesar A Sayoc
18151 NE 31 Ct #2016
Aventura, FL 33160

SSN: xxx–xx–3324

## FINAL DECREE

The trustee, Jacqueline Calderin, having filed a final report that the estate has been fully administered, is discharged and the case is closed.